UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDY MORALES,

      Plaintiff,

v.                                      Case No. 2:20-cv-798-JLB-NPM

EQUIFAX INFORMATION SERVICES, LLC,

      Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 13.)  The notice is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on March 16, 2021

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE